David M. Freeman, Esq.
dfreeman@hwb-law.com
Stacey C. Stone, Esq.
sstone@hwb-law.com
HOLMES WEDDLE and BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax:   (907) 277-4657

Attorneys for Plaintiff Spenard Builders Supply, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SPENARD BUILDERS SUPPLY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and its Payment Bond No. 105723213,<br><br>Defendant. | Case No. 3-16-cv _____<br><br>**MILLER ACT COMPLAINT**<br>(Payment Bond) |

COMES NOW plaintiff Spenard Builders Supply, LLC (hereinafter "SBS"), by and through its attorneys, Holmes Weddle and Barcott, P.C., and hereby sets forth its complaint against defendant Travelers Casualty and Surety Company of America (hereinafter "Travelers") and its Payment Bond No. 105723213, by stating and alleging as follows:

1. SBS is an Alaska corporation which is in all ways qualified to commence and maintain this complaint, having paid its last annual taxes and having filed its last

biennial report required to maintain its good standing under the Alaska Corporations Code.

2. Upon information and belief, Travelers is an insurance/indemnity/surety company authorized to and which does provide contractor license bonds and payment/performance bonds in Alaska.

3. This court has jurisdiction of this action pursuant to 28 U.S.C. § 1352 dealing with bonds executed under federal law. This suit has been commenced within one year of the date on which the last of the construction materials were furnished by SBS for use in the performance of the construction contract referenced below.

4. On November 12, 2012, SBS entered into a material contract with Kiewit Building Group, Inc. ("Kiewit") whereby SBS agreed to furnish certain construction materials to Kiewit in connection with that certain construction project known as FTR 251 – Brigade Combat Team (BCT) Light Complex, Phase 1A, Contract No. W911KB-12-C-00M-0011 between Kiewit and the Department of the Army, U.S. Army Engineer District, Alaska located at Fort Richardson, Alaska ("contract") for the material contract price of $1,230,917.00. The material contract price was premised upon a quotation by SBS dated January 31, 2012, which was incorporated by reference in the material contract between SBS and Kiewit and was made a part thereof.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

5. Kiewit, as prime contractor and principal, and Travelers, as it's surety, executed Payment Bond No. 105723213 for the protection of all persons supplying labor, materials and equipment furnished for use in the performance of the contract. Said Payment Bond has been in effect at all pertinent times and remains in full force and effect. A copy of Payment Bond No. 105723213 is attached hereto as Exhibit 1.

6. The present amount due and owing to SBS under its material contract with Kiewit is $86,472.97, plus interest at the rate of 18% per annum on all past due amounts until paid.

7. Despite demand Kiewit has failed and refused to pay SBS the amount due and owing of $86,472.97, plus interest, for the construction materials it furnished to Kiewit which were used in the performance of the contract work.

8. SBS is within the class of persons protected by Payment Bond No. 105723213 issued by Travelers.

9. By reason of Kiewit's failure to make payment for the construction materials furnished to Kiewit by SBS and incorporated into the project by Kiewit, Travelers, in its capacity as surety and on the basis of the obligations set forth in Payment Bond No. 105723213, is liable to SBS in the amount of at least $86,472.97, plus interest.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

**WHEREFORE**, plaintiff Spenard Builders Supply, LLC prays for relief against defendant Travelers Insurance Company and its Payment Bond No. 105723213 as follows:

1. For judgment against Travelers and its Payment Bond No. 105723213 in favor of SBS in the amount of $86,472.97, plus interest at the rate of 18% per annum on all past due amounts until paid, plus attorney's fees and costs.

2. For such other and further relief as the Court deems just and equitable in the premises.

DATED this 6th day of June, 2016, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for plaintiff Spenard Builders Supply, LLC

By: /s/ David M. Freeman
David M. Freeman
Alaska Bar No. 7808066
Stacey C. Stone
Alaska Bar No. 1005030

X:\4475\29040 Kiewit\pldg\Complaint.docx

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Miller Act Complaint
Page 4 of 4

*Spenard Builders Supply, LLC v. Travelers Casualty and Surety Company of America, et al.*
Case No. 3-16-cv_____

Case 3:16-cv-00115-TMB   Document 1   Filed 06/07/16   Page 4 of 4