David M. Freeman, Esq.
dfreeman@hwb-law.com
Stacey C. Stone, Esq.
sstone@hwb-law.com
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax:    (907) 277-4657

Attorneys for Plaintiff Spenard Builders Supply, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SPENARD BUILDERS SUPPLY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and its Payment Bond No. 105723213,<br><br>Defendant. | Case No. 3:16-cv-00115-TMB<br><br>**STATUS REPORT** |

COME NOW the parties to this action, by and through their respective counsel of record, and pursuant to the Court's July 29, 2016 order hereby submit this second status report to the Court regarding the pending contractually required administrative claim process as between the bond principal/prime contractor, Kiewit Building Group, Inc., and the U.S. Department of the Army. That process is ongoing according to Kiewit's representatives but they are as yet unable to provide a timetable for completion. However, non-binding ADR is scheduled for December 2017. If no settlement is achieved, Kiewit has already requested a hearing date from

the ASBCA for the second quarter of 2018. The parties will provide the Court with their next periodic status report six (6) months from the date of this report.

RESPECTFULLY SUBMITTED this 1st day of August, 2017, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiff Spenard Builders Supply, LLC

By: /s/ David M. Freeman
David M. Freeman, ABA No. 7808066
Stacey C. Stone, ABA No. 1005030

LAW OFFICES OF CHARLES G. EVANS
Attorneys for Defendant Travelers Casualty and Surety Company of America

By: /s/ Corey G. Stewart [consent]
Charles G. Evans, ABA No. 7705019
Corey G. Stewart, ABA No. 1202003

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day
of August, 2017, a true and correct copy of the
foregoing was sent via CM/ECF electronic
delivery to:

Corey G. Stewart, Esq.
Charles G. Evans, Esq.
Law Offices of Charles G. Evans
*Attorneys for Defendant*


/s/ David M. Freeman
Legal Assistant
Holmes Weddle & Barcott, P.C.

X:\4475\29040 Kiewit\pldg\status rpt.docx

STATUS REPORT
Page 2 of 2

*Spenard Builders Supply, LLC v. Travelers
Casualty and Surety Company of America, et al.*
Case No. 3:16-cv-00115-TMB