David M. Freeman, Esq.
dfreeman@hwb-law.com
Stacey C. Stone, Esq.
sstone@hwb-law.com
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657

Attorneys for Plaintiff Spenard Builders Supply, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SPENARD BUILDERS SUPPLY, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and its Payment Bond No. 105723213,<br><br>          Defendant. | Case No. 3:16-cv-00115-TMB<br><br>**STIPULATION FOR DISMISSAL**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

COME NOW the parties to this action, by and through their respective counsel of record, and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of all claims asserted in the above case, with prejudice, each party to bear its own attorney's fees and costs.

RESPECTUFLLY SUBMITTED this 26th day of January, 2018, at Anchorage, Alaska.

>HOLMES WEDDLE & BARCOTT, P.C.
>Attorneys for Plaintiff Spenard Builders Supply, LLC
>
>By: /s/ David M. Freeman
>David M. Freeman, ABA No. 7808066
>Stacey C. Stone, ABA No. 1005030
>
>LAW OFFICES OF CHARLES G. EVANS
>Attorneys for Defendant Travelers Casualty and Surety Company of America
>
>By: /s/ Corey G. Stewart [consent]
>Charles G. Evans, ABA No. 7705019
>Corey G. Stewart, ABA No. 1202003

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2018, a true and correct copy of the foregoing was sent via CM/ECF electronic delivery to:

Corey G. Stewart, Esq.
Charles G. Evans, Esq.
Law Offices of Charles G. Evans
*Attorneys for Defendant*

/s/ David M. Freeman
Legal Assistant
Holmes Weddle & Barcott, P.C.